**Joseph M. RUSSELL, Plaintiff—Appellant,**

v.

**Commonwealth of VIRGINIA; Rudolph Bumgardner, III; D. Arthur Kelsey; William G. Petty; M. Langhorne Keith, Defendants—Appellees.**

No. 10–1415.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 19, 2010.

Decided: Oct. 25, 2010.

Joseph M. Russell, Appellant Pro Se. Christy Monolo, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph M. Russell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Russell v. Virginia*, No. 4:09–cv–00029–JBF–DEM (E.D.Va. March 23, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*